UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF<br>RICKY BROOKS,<br>AS OWNER OF THE CHAPARRAL<br>276 SSX, FOR EXONERATION<br>FROM OR LIMITATION OF LIABILITY | CIVIL ACTION:<br><br>NO. 16-99-JWD-RLB |

**ORDER APPROVING SECURITY, DIRECTING ISSUANCE**
**OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

A Complaint having been filed on the 17th day of February 2016, by Ricky Brooks ("Brooks"), as owner of a 2007 Chaparral 276 SSX ("vessel"), bearing HIN number FGBB0571E707, claiming exoneration from or limitation of liability as provided in Title 46, United States Code, Section 30501, et. seq., for losses, damages, deaths, injuries or destruction allegedly occurring during the voyage of said vessel referred to in the Complaint, to which plaintiff has attached and filed an affidavit as to the value of his interest in the said vessel, and pending freight, if any, a Security for Cost, and an approved Letter of Undertaking therefor, all as required by the rules of this Court and the law;

**NOW THEREFORE**, upon motion of Blue Williams, LLP, attorney for plaintiff;

**IT IS ORDERED** that the deposit of costs in the sum of TWO HUNDRED FIFTY AND NO/100 ($250.00) DOLLARS, made on the 17th day of February 2016, by Complainants, is accepted and approved as to quantum and form; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the Declaration of Value of plaintiff's interest in the vessel bearing HIN number FGBB0571E707 and its pending freight, in the amount of TWENTY-SIX THOUSAND ONE HUNDRED FOUR AND 06/100

#2192696

($26,104.06.00) DOLLARS by petitioners, and the letter of undertaking filed herein by Travelers Casualty and Surety Company of America, in the amount of TWENTY-SIX THOUSAND ONE HUNDRED FOUR AND 06/100 ($26,104.06.00) DOLLARS, with interest at 6% per annum, be accepted as stipulation for value for the purposes of the limitation proceedings and that it be approved as to form, quantum and surety;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that any claimant who may properly become a party hereto may contest the amount of value of Complainant's interest in the vessel, if any, as fixed in said <u>ad</u> <u>interim</u> stipulation, and may move the Court for due appraisal of said interest and may apply to the Court to have the amount of said stipulation increased or diminished as the case may be, on the determination by the Court of the amount of value of said interest;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that, in accordance with Rule F(4) and F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, notice be issued out of and under the seal of this Court to all persons asserting claims with respect to which claimant seeks exoneration or limitation admonishing them to file their respective claims, in writing, with the Clerk of this Court and serve a copy of this claim to the attorneys for the plaintiff on or before the <u>19th day of August, 2016, at 10:00 a.m.</u> or be defaulted;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the aforesaid notice be published by the Complainant in The Advocate, a newspaper of general circulation in the City of Baton Rouge, Louisiana, The New Orleans Advocate, a newspaper of general circulation in the City of New Orleans, Louisiana, and in The Daily Star, a newspaper of general circulation in the city of Hammond, Louisiana, each week for four (4) consecutive weeks prior to

the date fixed for the filing of claims, as set forth in the said notice, and copies of the notice shall be mailed, in accordance with the same Supplemental Rule F;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Complainant, no later than the second date of publication of the Notice ordered herein, shall mail a copy of the Notice to every person known to have made or anticipated to make any claim against the vessel bearing HIN number FGBB0571E707 or the Complainant arising out of the August 23, 2015, incident described in the Complaint;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the beginning or prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever against the plaintiff except in these proceedings in respect of any claim arising out of or connected with any loss, damage, death, injury or destruction resulting from the matter referred to in the Complaint be and they are hereby stayed and restrained until hearing and determination of this proceeding; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the service of this restraining order be made by the plaintiff by mailing a duly certified copy thereof to prospective claimants by United States mail, registered or certified, with first class postage prepaid.

Signed in Baton Rouge, Louisiana, on <u>February 19, 2016</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

#2192696